Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
December 4, 2008








 

Petition
for Writ of Mandamus Dismissed and Memorandum Opinion filed December 4, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01022-CV

____________

 

IN RE DALTON AND VELVA MCWHINNEY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
November 4, 2008, relators, Dalton and Velva McWhinney, tendered a petition for
writ of mandamus for filing in this court.  See Tex. Gov=t Code Ann '22.221 (Vernon 2004); see also
Tex. R. App. P. 52.1.  On November 13, 2008, we returned the petition to
relators because it did not comply with Rules 9.3 and 9.4(f) of the Texas Rules
of Appellate Procedure, and further informed relators that if they did not make
the necessary corrections within seven days of the date of the letter, their
case would be dismissed.  Tex. R. App. P. 9.3 & 9.4(f).  Relators have
failed to tender a corrected petition to this court.  

Accordingly,
relators= petition for writ of mandamus is
ordered dismissed.








PER
CURIAM

 

Petition Dismissed and Memorandum
Opinion filed December 4, 2008.

Panel consists of Chief Justice
Hedges and Justices Anderson and Frost.